John E. Flaherty
Ravin R. Patel
McCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Counsel for Plaintiffs AstraZeneca AB,
Aktiebolaget Hässle, AstraZeneca LP,
and Zeneca Inc.*

Einar Stole
Ed Rippey
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-6000

*Of Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, and ZENECA INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, PERRIGO COMPANY, L. PERRIGO COMPANY, and PADDOCK LABORATORIES, LLC, <br><br> Defendants. | Civil Action No. _____ |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule 7.1(a), the following is a list of parent corporations that own 10% or more of the stock of Plaintiffs: AstraZeneca PLC and Zeneca Wilmington, Inc.

Pursuant to Federal Rule 7.1(a), the following is a list of publicly held corporations that own 10% or more of the stock of Plaintiffs: AstraZeneca PLC.

                Respectfully submitted,

Date:  February 4, 2015      By:   *s/ John E. Flaherty*
      John E. Flaherty
      Ravin R. Patel
      McCARTER & ENGLISH LLP
      Four Gateway Center
      100 Mulberry Street
      Newark, New Jersey 07102
      (973) 622-4444

*Counsel for Plaintiffs AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, and Zeneca Inc.*

Einar Stole
Ed Rippey
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-6000

*Of Counsel for Plaintiffs*