IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, and ZENECA INC.,<br><br>             Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY PLC, PERRIGO COMPANY, L. PERRIGO COMPANY, and PADDOCK LABORATORIES, LLC,<br><br>             Defendants. | Civil Action No. 3:15-cv-01057-MLC-TJB |

## NOTICE OF APPEARANCE BY RAVIN R. PATEL

TO:   THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for Plaintiffs AstraZeneca AB, Aktiebolaget Hassle, AstraZeneca LP, and Zeneca Inc.  The undersigned hereby certifies that he is admitted to practice before this court.

Respectfully submitted,

**McCARTER & ENGLISH, LLP**

Dated: March 16, 2015

s/Ravin R. Patel
Ravin R. Patel
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Attorneys for Plaintiffs AstraZeneca AB, Aktiebolaget Hassle, AstraZeneca LP, and Zeneca Inc.*

**E-mail: rpatel@mccarter.com**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2015, I caused a copy of the foregoing NOTICE OF APPEARANCE to be served upon all counsel of record by operation of the Court's electronic filing system.

                                                By: s/ Ravin R. Patel
                                                    Ravin R. Patel

Case 3:15-cv-01057-MLC-TJB   Document 6   Filed 03/16/15   Page 2 of 2 PageID: 48

2