Melissa E. Flax (mflax@carellabyrne.com)
Michael Cross (mcross@carellabyrne.com)
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ  07068
(973) 994-1700 (Phone)
(973) 994-1744 (Facsimile)

*Of counsel:*
Steven H. Sklar (ssklar@leydig.com)
Kenneth P. Spina (kspina@leydig.com)
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 N. Stetson Ave., Suite 4900
Chicago, IL 60601
Telephone: (312) 616-5600

*Attorneys for Defendants Perrigo Company plc,*
*Perrigo Company, and L. Perrigo Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, and ZENECA INC. | ) ) ) ) ) | Civil Action No. 3:15-cv-01057 (MLC)(TJB) |
| Plaintiffs, | ) ) ) | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS PERRIGO COMPANY PLC, PERRIGO COMPANY, AND L. PERRIGO COMPANY** |
| v. | ) ) |  |
| PERRIGO COMPANY PLC, PERRIGO COMPANY, L. PERRIGO COMPANY, and PADDOCK LABORATORIES, LLC, | ) ) ) ) ) |  |
| Defendants. | ) ) |  |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants/Counterclaim Plaintiffs Perrigo Company plc, Perrigo Company, and L. Perrigo Company by and through its attorneys, hereby make the following disclosures:

Perrigo Company is wholly-owned by Perrigo Company plc.

L. Perrigo Company is wholly-owned by Perrigo Company.

Dated:  April 1, 2015

_s/ Melissa E. Flax_____
Melissa E. Flax
Michael Cross
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
MFlax@carellabyrne.com
MCross@carellabyrne.com

Steven H. Sklar
(To be admitted _Pro Hac Vice_)
Kenneth P. Spina
(To be admitted _Pro Hac Vice_)
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 N. Stetson Ave., Suite 4900
Chicago, IL 60601
Telephone: (312) 616-5600
ssklar@leydig.com
kspina@leydig.com

_Attorneys for Defendants_
_Perrigo Company plc, Perrigo Company,_
_and L. Perrigo Company_