Melissa E. Flax (mflax@carellabyrne.com)
Michael Cross (mcross@carellabyrne.com)
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ  07068
(973) 994-1700 (Phone)
(973) 994-1744 (Facsimile)

*Of counsel:*
Steven H. Sklar (ssklar@leydig.com)
Kenneth P. Spina (kspina@leydig.com)
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 N. Stetson Ave., Suite 4900
Chicago, IL 60601
Telephone: (312) 616-5600

*Attorneys for Defendants Perrigo Company plc,*
*Perrigo Company, L. Perrigo Company and*
*Paddock Laboratories, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, and ZENECA INC. | Civil Action No. 3:15-cv-01057 (MLC)(TJB) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| PERRIGO COMPANY PLC, PERRIGO COMPANY, L. PERRIGO COMPANY, and PADDOCK LABORATORIES, LLC, | |
| Defendants. | |

2

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf of Defendants, Perrigo Company plc, Perrigo Company, L. Perrigo Company and Paddock Laboratories, LLC.

Dated: April 2, 2015

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
Attorneys for Defendants


By: _____*/s/ Michael Cross*_____
         MICHAEL CROSS

2