

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

April 7, 2015

**VIA ECF**

Hon. Tonianne J. Bongiovanni
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re:  AstraZeneca AB et al. v. Perrigo Company PLC, et al.
       Civil Action No. 3:15-cv-01057-MLC-TJB**

Dear Judge Bongiovanni:

On behalf of Plaintiffs AstaZeneca AB, Aktiebolaget Hässle, AstaZeneca LP, and Zeneca Inc., enclosed please find Certifications and a proposed Consent Order supporting our application for the *pro hac vice* admissions of Einar Stole, Edward H. Rippey and Richard Anthony Lopez of Covington & Burling LLP.  All other counsel in this action have consented to this application.

If the attached papers meet with Your Honor's approval, we respectfully request that you sign the proposed Consent Order and have it entered on the docket.  Thank you in advance for your kind attention to this matter.

Respectfully submitted,

*s/ John E. Flaherty*

John E. Flaherty

Enclosures

cc:   All Counsel of Record (via ECF)

ME1 20051373v.1