UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Melissa E. Flax (mflax@carellabyrne.com)
Michael Cross (mcross@carellabyrne.com)
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700 (Phone)
(973) 994-1744 (Facsimile)

*Of counsel:*
Steven H. Sklar
Kenneth P. Spina
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6731

*Attorneys for Defendants Perrigo Company, PLC, Perrigo Company,
L. Perrigo Company and Paddock Laboratories, LLC*

|  |  |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HASSLE, ASTRAZENECA LP, and ZENECA INC. | Civil Action No. 3:15-cv-01057 (MLC)(TJB) |
|  | **FILED ELECTRONICALLY** |
| Plaintiffs, | **REQUEST TO RECEIVE ELECTRONIC NOTICES** |
| v. |  |
| PERRIGO COMPANY, PLC, PERRIGO COMPANY, L. PERRIGO COMPANY, and PADDOCK LABORATORIES, INC., |  |
| Defendants. |  |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If the admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of Court.

|  |  |
|---|---|
|  | CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO |
| Dated: April 9, 2015 | By: */s/ Melissa E. Flax*<br>MELISSA E. FLAX |

*PRO HAC VICE* ATTORNEY INFORMATION:

Name: Steven H. Sklar

Address: Leydig, Voit & Mayer
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601-6731

E-Mail: ssklar@leydig.com