UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Melissa E. Flax (mflax@carellabyrne.com)
Michael Cross (mcross@carellabyrne.com)
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700 (Phone)
(973) 994-1744 (Facsimile)

*Of counsel:*
Steven H. Sklar
Kenneth P. Spina
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6731

*Attorneys for Defendants Perrigo Company, PLC, Perrigo Company,
L. Perrigo Company and Paddock Laboratories, LLC*

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HASSLE, ASTRAZENECA LP, and ZENECA INC.<br><br>Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY, PLC, PERRIGO COMPANY, L. PERRIGO COMPANY, and PADDOCK LABORATORIES, INC.,<br><br>Defendants. | Civil Action No. 3:15-cv-01057 (MLC)(TJB)<br><br>**FILED ELECTRONICALLY**<br><br>**REQUEST TO RECEIVE ELECTRONIC NOTICES** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If the admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of Court.

                                                CARELLA, BYRNE, CECCHI, OLSTEIN,
                                                BRODY & AGNELLO

Dated: April 9, 2015            By:    */s/ Melissa E. Flax*
                                                  MELISSA E. FLAX

*PRO HAC VICE* ATTORNEY INFORMATION:

Name:      Kenneth P. Spina

Address:    Leydig, Voit & Mayer
               Two Prudential Plaza
               180 N. Stetson Avenue, Suite 4900
               Chicago, IL 60601-6731

E-Mail:     kspina@leydig.com