RECEIVED

APR - 9 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|   |   |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, and ZENECA INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY PLC, PERRIGO COMPANY, L. PERRIGO COMPANY, and PADDOCK LABORATORIES, LLC<br><br>Defendants. | Civil Action No. 3:15-cv-01057-MLC-TJB<br><br>**CONSENT ORDER FOR *PRO HAC VICE* ADMISSIONS OF EINAR STOLE, EDWARD H. RIPPEY, AND RICHARD ANTHONY LOPEZ** |

This matter having been opened to the court by McCarter & English, LLP, attorneys for plaintiffs AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, and Zeneca Inc. ("Plaintiffs"), John E. Flaherty appearing for an Order, pursuant to Local Civil Rule 101.1(c), allowing Einar Stole, Edward H. Rippey, and Richard Anthony Lopez, of the firm Covington Burling LLP to appear and participate *pro hac vice* on behalf of Plaintiffs; counsel for defendants having consented to the entry of this Order; and the Court having considered this matter pursuant to FED. R. CIV. P. 78, and for good case shown,

IT IS on this ___9th___ day of ___April___, 2015, ORDERED that:

1. Einar Stole, Edward H. Rippey, and Richard Anthony Lopez of Covington Burling LLP, with offices located at One City Center, 850 Tenth Street, NW, Washington, DC 20001-4956, members in good standing of the Bars in which they are admitted, be hereby permitted to appear *pro hac vice* in this action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on behalf of Plaintiffs shall be signed by a member or associate of the firm of McCarter & English, LLP, who shall be responsible for

ME1 20051377v.1

said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby; and it is

FURTHER ORDERED that Einar Stole, Edward H. Rippey, and Richard Anthony Lopez shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending; and it is

FURTHER ORDERED that Einar Stole, Edward H. Rippey, and Richard Anthony Lopez make payment to the Clerk of the Court of this Court in the amount of $150.00; and it is

FURTHER ORDERED that Einar Stole, Edward H. Rippey, and Richard Anthony Lopez shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is

FURTHER ORDERED that Einar Stole, Edward H. Rippey, and Richard Anthony Lopez shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.