# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, and ZENECA INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, PERRIGO COMPANY, L. PERRIGO COMPANY, and PADDOCK LABORATORIES, LLC, <br><br> Defendants. | Civil Action No. <br> 3:15-cv-01057-MLC-TJB |

## REQUEST BY JOHN E. FLAHERTY FOR
## PRO HAC VICE ATTORNEY
## TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by John E. Flaherty for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court, for Edward H. Rippey, Esq.

ME1 20142000v.1

2

April 10, 2015

Respectfully,
s/ John E. Flaherty
John E. Flaherty
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Phone: (973) 622-4444

*Attorneys for Plaintiffs
AstraZeneca AB, Aktiebolaget
Hässle, AstraZeneca, LP, and
Zeneca Inc.*

PRO HAC VICE ATTORNEY INFORMATION

Edward H. Rippey, Esq. (erippey@cov.com)
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956

2

ME1 20142000v.1