# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, and ZENECA INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, PERRIGO COMPANY, L. PERRIGO COMPANY, and PADDOCK LABORATORIES, LLC, <br><br> Defendants. | Civil Action No. <br> 3:15-cv-01057-MLC-TJB |

## REQUEST BY JOHN E. FLAHERTY FOR
## PRO HAC VICE ATTORNEY
## TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by John E. Flaherty for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court, for Einar Stole, Esq.

ME1 20142002v.1

2

|  |  |
|---|---|
| April 10, 2015 | Respectfully,<br>s/ John E. Flaherty<br>John E. Flaherty<br>MCCARTER & ENGLISH LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>Phone: (973) 622-4444<br><br>*Attorneys for Plaintiffs*<br>*AstraZeneca AB, Aktiebolaget*<br>*Hässle, AstraZeneca, LP, and*<br>*Zeneca Inc.* |

PRO HAC VICE ATTORNEY INFORMATION

Einar Stole, Esq. (estole@cov.com)
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956