# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, and ZENECA INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>PERRIGO COMPANY PLC, PERRIGO COMPANY, L. PERRIGO COMPANY, and PADDOCK LABORATORIES, LLC, )<br><br>Defendants. ) | Civil Action No.<br>3:15-cv-01057-MLC-TJB |

## REQUEST BY JOHN E. FLAHERTY FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by John E. Flaherty for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court, for Richard Anthony Lopez, Esq.

April 10, 2015

Respectfully,
s/ John E. Flaherty
John E. Flaherty
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Phone: (973) 622-4444

*Attorneys for Plaintiffs*
*AstraZeneca AB, Aktiebolaget*
*Hässle, AstraZeneca, LP, and*
*Zeneca Inc.*

PRO HAC VICE ATTORNEY INFORMATION

Richard Anthony Lopez, Esq. (rlopez@cov.com)
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956

2