# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | **FAX (973) 994-1744** | RAYMOND W. FISHER |
| JAN ALAN BRODY | MELISSA E. FLAX | www.carellabyrne.com | |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | | OF COUNSEL |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | |
| JAMES E. CECCHI | BRIAN H. FENLON | | |
| | LINDSEY H. TAYLOR | | |
| | CAROLINE F. BARTLETT | June 1, 2015 | |

RAYMOND J. LILLIE
WILLIAM SQUIRE
ALAN J. GRANT°
STEPHEN R. DANEK
DONALD A. ECKLUND
MEGAN A. NATALE
AMANDA J. BARISICH
ZACHARY S. BOWER+
MICHAEL CROSS
CHRISTOPHER J. BUGGY
°MEMBER NY BAR ONLY
+MEMBER FL BAR ONLY

JAMES D. CECCHI (1933-1995)
JOHN G. GILFILLAN III (1936-2008)

*Via ECF*
Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court - District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

RECEIVED

JUN - 4 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re: *Astrazeneca AB, et al v. Perrigo Company PLC, et al.*
  Civil Action No. 15-1057 (MLC)(TJB)

Dear Judge Bongiovanni:

Our Firm, along with our co-counsel, Leydig, Voit & Mayer, Ltd., represent Defendants Paddock Laboratories ("Paddock"), Perrigo Company PLC, Perrigo Company and L. Perrigo Company in the above-referenced action.

Paddock's answer to the Complaint is currently due today, June 1, 2015. At this time, Paddock requests a twenty-one (21) day extension of time for filing its response to the Complaint. We have communicated with counsel for AstraZeneca and they have advised that they do not oppose Paddock's request. If Paddock's request is granted, its response to the Complaint will be due no later than June 22, 2015.

If this request is acceptable to the Court, Paddock respectfully requests that this letter be "So Ordered."

Thank you for your continued attention to this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

/s/ *Melissa E. Flax*

MELISSA E. FLAX

*So Ordered*
[signature]
6/4/15

MEF
cc: Counsel of Record (via email)