# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW
___

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JAN ALAN BRODY | MELISSA E. FLAX | www.carellabyrne.com | _____ | DONALD A. ECKLUND |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | | OF COUNSEL | MEGAN A. NATALE |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | | AMANDA J. BARISICH |
| JAMES E. CECCHI | BRIAN H. FENLON | | | ZACHARY S. BOWER+ |
| | LINDSEY H. TAYLOR | | | MICHAEL CROSS |
| | CAROLINE F. BARTLETT | | | CHRISTOPHER J. BUGGY |
| JAMES D. CECCHI (1933-1995) | | | | °MEMBER NY BAR ONLY |
| JOHN G. GILFILLAN III (1936-2008) | | | | +MEMBER FL BAR ONLY |

June 23, 2015

*Via ECF*
Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court - District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

      Re:    *Astrazeneca AB, et al v. Perrigo Company PLC, et al.*
              **Civil Action No. 15-1057 (MLC)(TJB)**

Dear Judge Bongiovanni:

      This firm, along with Leydig, Voit & Mayer, Ltd., represents Defendants Paddock Laboratories ("Paddock"), Perrigo Company PLC, Perrigo Company and L. Perrigo Company in the above-referenced action.

      At this time, Paddock requests a final extension of time within which to respond to the Complaint. The current deadline for Paddock's response to the Complaint was yesterday, June 22, 2015. Paddock requested AstraZeneca's consent to an additional twenty-one (21) days to respond. AstraZeneca has agreed to the proposed 21-day extension. Accordingly, we respectfully request that the Court grant the requested extension which would make Paddock's response to the Complaint due no later than July 13, 2015.

      If this request is acceptable to the Court, Paddock respectfully requests that this letter be "So Ordered."

      Thank you for your continued attention to this matter.

      Respectfully submitted,

      CARELLA, BYRNE, CECCHI,
      OLSTEIN, BRODY & AGNELLO

      */s/ Melissa E. Flax*

      MELISSA E. FLAX

MEF
cc:    Counsel of Record (via email)