# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

CHARLES C. CARELLA
BRENDAN T. BYRNE
PETER G. STEWART
ELLIOT M. OLSTEIN
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

JAMES T. BYERS
DONALD F. MICELI
A. RICHARD ROSS
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
LINDSEY H. TAYLOR
CAROLINE F. BARTLETT

JAMES D. CECCHI (1933-1995)
JOHN G. GILFILLAN III (1936-2008)

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

RICHARD K. MATANLE, II
FRANCIS C. HAND
AVRAM S. EULE
RAYMOND W. FISHER

OF COUNSEL

RAYMOND J. LILLIE
WILLIAM SQUIRE
ALAN J. GRANT°
STEPHEN R. DANEK
DONALD A. ECKLUND
MEGAN A. NATALE
AMANDA J. BARISICH
ZACHARY S. BOWER+
MICHAEL CROSS
CHRISTOPHER J. BUGGY

°MEMBER NY BAR ONLY
+MEMBER FL BAR ONLY

June 23, 2015

*Via ECF*
Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court - District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

RECEIVED

JUN 2 5 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re: *Astrazeneca AB, et al v. Perrigo Company PLC, et al.*
Civil Action No. 15-1057 (MLC)(TJB)

Dear Judge Bongiovanni:

This firm, along with Leydig, Voit & Mayer, Ltd., represents Defendants Paddock Laboratories ("Paddock"), Perrigo Company PLC, Perrigo Company and L. Perrigo Company in the above-referenced action.

At this time, Paddock requests a final extension of time within which to respond to the Complaint. The current deadline for Paddock's response to the Complaint was yesterday, June 22, 2015. Paddock requested AstraZeneca's consent to an additional twenty-one (21) days to respond. AstraZeneca has agreed to the proposed 21-day extension. Accordingly, we respectfully request that the Court grant the requested extension which would make Paddock's response to the Complaint due no later than July 13, 2015.

If this request is acceptable to the Court, Paddock respectfully requests that this letter be "So Ordered."

Thank you for your continued attention to this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

*/s/ Melissa E. Flax*

MELISSA E. FLAX

MEF
cc: Counsel of Record (via email)

So Ordered
[signature]
6/24/15