UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, and ZENECA INC.<br><br>Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY PLC, PERRIGO COMPANY, L. PERRIGO COMPANY, and PADDOCK LABORATORIES, LLC<br><br>Defendants. | Civil Action No. 3:15-cv-01057-MLC-TJB |

**REQUEST BY JOHN E. FLAHERTY FOR PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by John E. Flaherty for *pro hac vice* counsel Ali Mojibi Yazdi to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court for Ali Mojibi Yazdi.

Dated: July 1, 2015

s/ John E. Flaherty
John E. Flaherty
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444 (telephone)
(973) 624-7070 (facsimile)

PRO HAC VICE ATTORNEY INFORMATION

Ali Mojibi Yazdi (amojibi@cov.com)
COVINGTON & BURLING LLP
One City Center

ME1 20692961v.1

850 Tenth Street, NW
Washington, DC 20001-4956

ME1 20692961v.1